IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert J. Large,<br><br>                Plaintiff,<br><br>vs.<br><br>Steven J. Hilton,<br><br>                Defendant. | No. CV-11-01127-PHX-GMS<br><br>**ORDER** |

      Pursuant to the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 189) and good cause appearing,

      **IT IS HEREBY ORDERED** dismissing this action with prejudice, with each party to bear their own attorneys' fees and costs.

      Dated this 12th day of November, 2013.

_____
G. Murray Snow
United States District Judge